SEAN REIS (#184044 ) (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
WILLIAM C. GRAY (wgray@edelson.com)
ARI J. SCHARG (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>    Defendant. | Case No.  11-CV-4084-PJH<br><br>STIPULATION ENLARGING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>Hon. Phyllis J. Hamilton |

Pursuant to Civil Local Rule 6.1, Plaintiff Daniel Rodriguez ("Plaintiff") and Defendant Sony Computer Entertainment America, LLC ("Defendant") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on August 18, 2011, Plaintiff filed a putative Class Action Complaint ("Complaint") against Defendant in the above-captioned matter (Dkt. No. 1);

WHEREAS, on October 21, 2011, the Parties filed a stipulation extending Defendant's deadline to respond to the Complaint to November 30, 2011. (Dkt. No. 20);

WHEREAS, Defendant filed its Motion to Dismiss the Complaint on November 30, 2011. (Dkt. No. 21);

WHEREAS, Plaintiff's deadline to respond to the Motion to Dismiss is currently due on December 14, 2011.

WHEREAS, Plaintiff requests, and Defendant has agreed, to enlarge Plaintiff's deadline to respond to Defendant's Motion to Dismiss by seven (7) days.

WHEREAS, the requested enlargment of time will not effect the motion hearing set for February 8, 2012.

NOW THEREFORE, the Parties hereby stipulate as follows:

1. Plaintiff shall have up to and including December 21, 2011 to respond to Defendant's Motion to Dismiss; and

2. Defendant shall have up to and including January 6, 2012 to file its reply in support of its motion to dismiss.

IT IS SO STIPULATED.

Dated:  December 13, 2011              Respectfully submitted,

                                       **DANIEL RODRIGUEZ**, individually and on behalf of all others similarly situated,

                                       By:   Ari J. Scharg
                                             One of Plaintiff's Attorneys

                                       SEAN REIS - SBN 184044
                                       *sreis@edelson.com*
                                       30021 Tomas Street, Suite 300
                                       Rancho Santa Margarita, California 92688
                                       Tel: (949) 459-2124
                                       Fax: (949) 459-2123

|   |   |
|---|---|
| | JAY EDELSON |
| | (jedelson@edelson.com) |
| | RAFEY S. BALABANIAN |
| | (rbalabanian@edelson.com) |
| | WILLIAM C. GRAY |
| | (wgray@edelson.com) |
| | ARI J. SCHARG |
| | (ascharg@edelson.com) |
| | EDELSON MCGUIRE, LLC |
| | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| | Tel: (312) 589-6370 |
| | Fax: (312) 589-6378 |

Dated:  December 13, 2011          Respectfully submitted,

**SONY COMPUTER ENTERTAINMENT AMERICA, LLC,**

By:   Ray A. Sardo
        One of Defendant's Attorneys

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
RAY A. SARDO (245421) (rsardo@cooley.com)
101 California Street, 5th Floor San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
NICOLAS J. ECHEVESTRE (273747)
(nechevestre@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation Extending Time to Respond to Defendant's Motion to Dismiss.

Dated: December 13, 2011          **Edelson McGuire LLC**

/s/ Sean Reis
Sean Reis

SEAN REIS - SBN 184044
*sreis@edelson.com*
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

4

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. Plaintiff shall have up to and including December 21, 2011 to respond to Defendant's Motion to Dismiss; and

2. Defendant shall have up to and including January 6, 2012 to file its reply in support of its motion to dismiss.

Dated: 12/16/11          Signature: _____

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION ENLARGING TIME TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS          Case No. 11-CV-4084-PJH