1

Sean P. Reis (SBN 184044)
sreis@edelson.com

2

EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300

3

Rancho Santa Margarita, California 92688
Tel: (949) 459-2124

4

Fax: (949) 459-2123

5

6

Jay Edelson* (jedelson@edelson.com)
Rafey S. Balabanian* (rbalabanian@edelson.com)

7

William C. Gray* (wgray@edelson.com)
Ari J. Scharg* (ascharg@edelson.com)

8

EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300

9

Chicago, Illinois 60654
Tel: (312) 589-6370

10

Fax: (312) 589-6378

11

* Admitted *pro hac vice*

12

*Attorneys for Plaintiff and the putative class*

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**OAKLAND DIVISION**

16

17

18

| | |
|---|---|
| DANIEL RODRIGUEZ, individually and on behalf of a class of similarly situated individuals, | ) Case No. 11-CV-4084-PJH<br>)<br>) [Hon. Phyllis J. Hamilton]<br>) |
| Plaintiff,<br>v. | ) **PLAINTIFF'S STATEMENT OF**<br>) **NON-OPPOSITION TO**<br>) **DEFENDANT'S MOTION TO**<br>) **DISMISS** |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware limited liability company, and JOHN DOE DEFENDANTS 1-10, | )<br>) Date:          February 8, 2012<br>) Time:          9:00 a.m.<br>) Courtroom:    3<br>)<br>) |
| Defendants. | )<br>) |

19

20

21

22

23

24

25

26

27

28

1   **PLAINTIFF'S STATEMENT TO DEFENDANT SONY'S MOTION TO DISMISS**

2   **PURSUANT TO L.R. 7-3(b)**

3        Plaintiff filed the instant action on August 18, 2011. On November 30, 2011, Defendant

4   Sony Computer Entertainment America, LLC moved to dismiss Plaintiff's Class Action

5   Complaint pursuant to Fed. R. Civ. P. 12(b)(6). No other responsive pleadings or motions under

6   Rule 12 had been previously filed or served by Defendant.

7        Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiff intends to file a First Amended Complaint

8   on December 21, 2011, within 21 days of service of Defendant's Rule 12(b)(6) motions.

9   However, to the extent that the Local Rules of this District require that Plaintiff file a response to

10  the pending motion, Plaintiff submits this Statement pursuant to Civil L.R. 7-3(b) and, without

11  prejudice to any opposition he may raise in response to Defendant's Motion to Dismiss, hereby

12  notifies the Court that he intends to file a First Amended Complaint as a matter of course as and

13  for his response to Defendant's Motion to Dismiss.

14  Dated: December 21, 2011                    Respectfully submitted,

15                                              **DANIEL RODRIGUEZ**, individually and on
16                                              behalf of a class of similarly situated individuals,

17                                              By: /s/ Sean P. Reis
18                                              EDELSON MCGUIRE, LLP
                                                30021 Tomas Street, Suite 300
19                                              Rancho Santa Margarita, CA 92688
                                                Tel: (949) 459-2124
20
                                                Jay Edelson*
21                                              Rafey S. Balabanian*
                                                Ari J. Scharg*
22                                              EDELSON MCGUIRE, LLC
                                                350 North LaSalle Street, Suite 1300
23                                              Chicago, Illinois 60654
                                                Tel: (312) 589-6370
24                                              jedelson@edelson.com
                                                rbalabanian@edelson.com
25                                              ascharg@edelson.com
26
                                                *Admitted *pro hac vice*
27

28

PLAINTIFF'S STATEMENT OF NON OPPOSITION                    Case No. 11-CV-4084-PJH
TO DEFENDANT SONY'S MOTION TO DISMISS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Sean P. Reis, an attorney, certify that on December 21, 2011, I served the above and foregoing *Plaintiff's Statement of Non-opposition to Defendant's Motion to Dismiss*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


/s/ Sean P. Reis_____

---