COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
RAY A. SARDO (245421) (rsardo@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

COOLEY LLP
MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
NICOLAS J. ECHEVESTRE (273747) (nechevestre@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC AND
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>     Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware limited liability company, and JOHN DOE DEFENDANTS 1-10<br><br>     Defendants. | Case No.  11-CV-4084-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT (CIV. L.R. 6-1)**<br><br>Hon. Phyllis J. Hamilton |

Pursuant to Civil Local Rule 6-1, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI") (collectively "Defendants") and plaintiff Daniel Rodriguez ("Plaintiff") (collectively with Defendants, the "Parties"), stipulate as follows:

1   WHEREAS, on August 18, 2011, Plaintiff filed a putative Class Action Complaint against
2   SCEA in the above-captioned matter (Dkt. No. 1);

3   WHEREAS, Plaintiff and SCEA stipulated to extend the deadline for SCEA to respond to
4   the Class Action Complaint to November 30, 2011 (Dkt. No. 20);

5   WHEREAS, SCEA filed its Motion to Dismiss or, in the alternative, to Strike on
6   November 30, 2011 (Dkt. No. 21);

7   WHEREAS, Plaintiff and SCEA stipulated to extend the deadline for Plaintiff to file his
8   Opposition to SCEA's Motion to Dismiss or, in the alternative, to Strike until December 21, 2011
9   (Dkt. No. 31);

10  WHEREAS, Plaintiff filed a Statement of Non-Opposition to SCEA's Motion to Dismiss
11  or, in the alternative, to Strike, on December 21, 2011 (Dkt. No. 32);

12  WHEREAS, Plaintiff filed his First Amended Class Action Complaint on December 21,
13  2011 (Dkt. No. 33);

14  WHEREAS, the First Amended Class Action Complaint adds SNEI as a new defendant,
15  makes new allegations against SCEA, and consists of 15 pages and 75 numbered paragraphs;

16  WHEREAS, in light of Defendants' and counsels' limited availability over the holidays,
17  the addition of a new defendant, and the inclusion of new allegations against SCEA, Defendants
18  have requested additional time to respond to the First Amended Class Action Complaint than the
19  time frame otherwise applicable under the Federal Rules of Civil Procedure;

20  WHEREAS this is the Parties' first stipulation extending the time to respond to the First
21  Amended Class Action Complaint;

22  WHEREAS, extending the deadline for Defendants to file their responses to the First
23  Amended Class Action Complaint as set forth below will not alter the date of any event or
24  deadline already fixed by Court order;

25  WHEREAS, Plaintiff has agreed to extend the time for each of the Defendants to respond
26  to the First Amended Class Action Complaint;

27  NOW THEREFORE, the Parties stipulate as follows:

28  Defendants shall each have up to and including February 3, 2012, to answer or otherwise

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. EXTENDING TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT
11-CV-4084-PJH

1 | respond to the First Amended Class Action Complaint.

2 | **IT IS SO STIPULATED.**

Dated:  December 28, 2011    **COOLEY LLP**
MICHAEL G. RHODES (116127)
MICHELLE C. DOOLIN (179445)
RAY A. SARDO (245421)
NICHOLAS J. ECHEVESTRE (273747)

/s/ Ray A. Sardo
RAY A. SARDO (245421)

Attorney for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC; and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

Dated:  December 28, 2011    **EDELSON MCGUIRE, LLP**
SEAN P. REIS (184044)
JAY EDELSON (*PRO HAC VICE*)
ARI J. SCHARG (*PRO HAC VICE*)
RAFEY S. BALABANIAN (*PRO HAC VICE*)
WILLIAM C. GRAY (*PRO HAC VICE*)

/s/ Sean P. Reis
Sean P. Reis (184044)

Attorneys for Plaintiff
DANIEL RODRIGUEZ

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. EXTENDING TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT
11-CV-4084-PJH

1  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

2

3  DATED: ~~December _____,~~ 201~~1~~  January 3, 2012

4  _____
   HON. PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIP. EXTENDING TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT
11-CV-4084-PJH

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ray A. Sardo, attest that concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT has been obtained from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2011, at San Francisco, California.

/S/ Ray A. Sardo<br>
Ray A. Sardo

ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIP. EXTENDING TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT
11-CV-4084-PJH