UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

    Plaintiff,

    v.

SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.,

    Defendants.

No. C 11-4084 PJH

**ORDER GRANTING LEAVE TO FILE STATEMENT OF RECENT DECISION**

The court hereby GRANTS plaintiff's motion for leave to file a statement of recent decision, namely, the order denying defendant's motion to dismiss in In re Hulu Privacy Litigation, No. 3:11-cv-3764-LB, 2012 WL 3282960 (N.D. Cal. Aug. 10, 2012). Plaintiff may file the statement of recent decision, which was attached to its motion for leave to file a statement of recent decision as Exhibit A, as a separate docket item.

**IT IS SO ORDERED.**

Dated: August 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge