UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

    Plaintiff,

    v.

SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.,

    Defendants.

_____/

No. C 11-4084 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on September 25, 2012, defendants' motion to dismiss,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendants Sony Computer Entertainment America LLC and Sony Network Entertainment International LLC and against plaintiff Daniel Rodriguez on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge