SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON* (jedelson@edelson.com)
RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
EDELSON P.C.
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DANIEL RODRIGUEZ, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware limited liability company, and JOHN DOE DEFENDANTS 1-10,<br><br>           Defendants. | Case No. 11-CV-4084-PJH<br><br>[Hon. Phyllis J. Hamilton]<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1  TO:   The Clerk of the Court and all Parties of Record.

2  **PLEASE TAKE NOTICE THAT** effective October 24, 2013, Edelson LLC and

3  Edelson LLP have changed their names to Edelson P.C. All future references to the firm in this

4  matter should be to Edelson P.C. The firm's and its lawyers' addresses, phone numbers,

5  facsimile numbers and email addresses have not been affected by the name change and will

6  remain the same

7                                                Respectfully submitted,

8                                                **EDELSON P.C.**,

9  Dated: December 27, 2013        By: /s/ Ari J. Scharg

10 SEAN P. REIS (SBN 184044)
11 sreis@edelson.com
   EDELSON P.C.
12 30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
13 Telephone: (949) 459-2124
   Fax: (949) 459-2123
14

15 JAY EDELSON* (jedelson@edelson.com)
   RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
16 ARI J. SCHARG* (ascharg@edelson.com)
   EDELSON P.C.
17 350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
18 Telephone: (312) 589-6370
   Fax: (312) 589-6378
19

20 * Admitted *pro hac vice*

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM NAME                          CASE NO. 11-CV-4084-PJH

**CERTIFICATE OF SERVICE**

    I, Ari J. Scharg, an attorney, certify that on December 27, 2013, I served the above and foregoing *Notice of Change of Firm Name*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 27, 2013.

                                                    /s/ Ari J. Scharg