1 | Mark Eisen (SBN - 289009)
meisen@edelson.com
2 | EDELSON PC
555 West Fifth Street, 31st Floor
3 | Los Angeles, California 90013
Tel: 213.533.4100
4 | Fax: 213.947.4251

5 | Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
6 | Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
7 | EDELSON PC
350 North LaSalle Street, Suite 1300
8 | Chicago, Illinois 60654
Tel: 312.589.6370
9 | Fax: 312.589.6378

10 | *Attorneys for Plaintiff Daniel Rodriguez and the Putative Class*

11 |

**IN THE UNITED STATES DISTRICT COURT**
12 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

13 |

14 | DANIEL RODRIGUEZ, individually and on
behalf of all others similarly situated,

Case No. 11-CV-4084-PJH

15 | *Plaintiff,*

**NOTICE OF CHANGE IN COUNSEL**

16 |

17 | *v.*

Judge: Hon. Phyllis J. Hamilton
18 | SONY COMPUTER ENTERTAINMENT
AMERICA LLC, a Delaware limited liability
company, SONY NETWORK

Action Filed: August 18, 2011

19 | ENTERTAINMENT INTERNATIONAL
LLC, a Delaware limited liability company,
20 | and SONY NETWORK ENTERTAINMENT
AMERICA, INC., a Delaware corporation,

21 | *Defendants.*

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean P. Reis, formerly an attorney with Edelson PC, is no longer associated with Edelson PC and hereby withdraws as counsel of record for Plaintiff and the putative class. Mark Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Sean P. Reis as local counsel of record for Plaintiff. Attorneys Rafey S. Balabanian, Ari J. Scharg, and Mark Eisen continue to represent Plaintiff and the putative class in this action.

Respectfully submitted,

Dated: February 25, 2014          By:     s/ Sean P. Reis

Dated: February 25, 2014          By:     s/ Mark S. Eisen

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark S. Eisen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: February 25, 2014                    By:    s/ Mark S. Eisen
                                                    Mark S. Eisen